Helen Kwasniewski, Appellee, v. Gabriel Bultinck, et al., Appellants.
On Appeal of Keeneyville Garage, Appellant.

Gen. No. 48,868.

First District, Second Division.

June 12, 1963.

Anna D. Marek, of Ontarioville, for defendant, Keeneyville Garage; Robert L. Huttner, of Chicago, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.